UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JARED JEFFERS                                                                                    PETITIONER

VS.                               No. 5:19-CV-00309-JM-JTR

DEXTER PAYNE, Director,
Arkansas Division of Correction                                                       RESPONDENT

## JUDGMENT

Consistent with the Order entered separately today, this case is DISMISSED WITH PREJUDICE. All relief sought is denied, and the case is closed.

Dated this 14th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE